UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE W. MODRELL, | 1:05-cv-00618-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 5) |
| vs. | **ORDER DISMISSING ACTION** |
| WARDEN, | |
| Defendant. | |

Plaintiff Joe W. Modrell ("plaintiff") is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 19, 2005, the Magistrate Judge filed a Findings and Recommendation herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within eleven (11) days. To date, plaintiff has not filed objections thereto.[1]

//

---

[1] The United States Postal Service returned the order served on plaintiff on September 29, 2005, as undeliverable. A notation on the envelope indicated: RETURN TO SENDER: DECEASED.

1

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | <u>de novo</u> review of this case.  Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendation to
5 | be supported by the record and by proper analysis.
6 | Accordingly, IT IS HEREBY ORDERED that:
7 | 1.   The Findings and Recommendation, filed September 19,
8 | 2005, is ADOPTED in full; and,
9 | 2.   This action is DISMISSED based on plaintiff's failure
10 | to obey the court's order of August 9, 2005.

IT IS SO ORDERED.

**Dated:   October 11, 2005**                    **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE