```
                                    FILED
                              JUDGMENT ENTERED
                           _____October 13, 2005_____
                                          Date
                         by _____G. Lucas_____
                                       Deputy Clerk
                                 U.S. District Court
                              Eastern District of California
                              __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

JOE MODRELL,

**JUDGMENT IN A CIVIL ACTION**

vs.

CV-F-05-cv-618 OWW LJO P

WARDEN,

_____/

       The Findings and Recommendations issued by the Magistrate Judge on September 19, 2005, are hereby adopted in full, and

       IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  October 13, 2005

                                    JACK L. WAGNER, Clerk

                             By:  /s/ GREG LUCAS
                                  Deputy Clerk